UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ASSOCIATED PRESS, STATES NEWSROOM d/b/a INDIANA CAPITAL CHRONICLE, GANNETT CO., INC., CIRCLE CITY BROADCASTING I, LLC, and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> RON NEAL, *in his official capacity as the Superintendent of Indiana State Prison*, and LLOYD ARNOLD, *in his official capacity as the Commissioner of the Indiana Department of Correction*, <br><br> *Defendants*. | No. 1:25-cv-00872-JMS-MJD |

**ORDER**

Plaintiffs initiated this litigation on May 5, 2025. [Filing No. 1.] Ind. S.D. Local Rule 5.1-2 provides that in any civil action in which a party seeks to "bar…statewide enforcement of a state law…whether by declaratory judgment and/or any form of injunctive relief" – as Plaintiffs do here – the Civil Cover Sheet and case caption must contain certain information. Plaintiffs' Complaint and Civil Cover Sheet do not comply with L.R. 5.1-2. Accordingly, the Court **DIRECTS** the Clerk to **STRIKE** the Complaint and attachments, [Filing No. 1; Filing No. 1-1 through Filing No. 1-5], and **ORDERS** Plaintiffs to **RE-FILE** their Complaint (including exhibits and Proposed Summons) and Civil Cover Sheet in compliance with L.R. 5.1-2 by **May 12, 2025**.

Date: 5/7/2025

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**