UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ASSOCIATED PRESS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:25-cv-00872-JMS-MJD |
| RON NEAL, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Lin Weeks to appear and participate *pro hac vice* as counsel for Plaintiffs, The Associated Press; States Newsroom d/b/a Indiana Capital Chronicle; Gannett Co., Inc.; Circle City Broadcasting I, LLC; and Tegna Inc., in the above-captioned cause only. [Dkt. 6.]  The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information has been entered as follows:

Lin Weeks
Reporters Committee for Freedom of the Press
1156 15th Street, NW
Suite 1020
Washington, DC 20005
202-795-9300
Fax: 202-795-9310
Email: lweeks@rcfp.org

SO ORDERED.

Dated:  7 MAY 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.