UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ASSOCIATED PRESS, STATES NEWSROOM d/b/a Indiana Capital Chronicle, GANNETT CO., INC., CIRCLE CITY BROADCASTING I, LLC, and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> RON NEAL, *in his official capacity as the Superintendent of Indiana State Prison*, and LLOYD ARNOLD, *in his official capacity as the Commissioner of the Indiana Department of Correction*, <br><br> *Defendants*. | Case No. 1:25-cv-872-JMS-MJD |

**[PROPOSED] ORDER SETTING SCHEDULE ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

In receipt of Plaintiffs' Motion for Preliminary Injunction in this case, the Court enters the following schedule for further proceedings in this matter:

Defendants will submit their opposition(s) to Plaintiffs' motion on or before Thursday, **May 15, 2025**.

Oral argument will be held **Friday, May 16, 2025** at the hour of _____.

**SO ORDERED** this _____ day of May, 2025.

                                                                _____
                                                                Hon. Jane Magnus-Stinson
                                                                United States District Court

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.