UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ASSOCIATED PRESS, <br> STATES NEWSROOM d/b/a INDIANA CAPITAL CHRONICLE, <br> GANNETT CO., INC., <br> CIRCLE CITY BROADCASTING I, LLC, <br> TEGNA INC., <br><br> Plaintiffs, <br><br> v. <br><br> RON NEAL, <br> LLOYD ARNOLD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) No. 1:25-cv-00872-MPB-MJD ) ) ) ) ) ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Emergency Hearing re: Motion for Preliminary Injunction, Dkt. [21]. The motion is **GRANTED**. A **HEARING** on Plaintiff's Motion for Preliminary Injunction is **SET** for **FRIDAY, MAY 16, 2025, at 10:00 a.m. Central Time,** before the Honorable Matthew P. Brookman, United States District Judge, in Room 301 of the United States Courthouse in Evansville, Indiana. The court has allotted three hours for this hearing.

**SO ORDERED.**

Dated: May 13, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.