UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THE ASSOICATED PRESS, STATES
NEWSROOM d/b/a Indiana Capital Chronicle,
GANNETT CO., INC., CIRCLE CITY
BORADCASTING I, LLC, and TEGNA INC.,

     *Plaintiffs,*

     v.

No. 1:25-cv-872-MPB-MJD

WARDEN RON NEAL, *in his official capacity
as the Superintendent of Indiana State Prison,*
and COMMISSIONER LLOYD ARNOLD, *in
his official capacity as the Commissioner of the
Indiana Department of Correction,*

     *Defendant.*

## DECLARATION OF RON NEAL

1.    My name is Ron Neal, I am over the age of eighteen, of sound mind, and am competent to testify about all of the facts in this declaration, based on my personal knowledge.

2.    I am employed by the Indiana Department of Correction (IDOC) as the Warden of Indiana State Prison (ISP) since September 26, 2014.

3.    Before becoming the warden at ISP, I was Deputy Warden at ISP from December of 2008 until I was promoted to Warden in 2014.

4.    As warden of ISP, I am responsible for overseeing and supervising executions of condemned persons in Indiana, and since I became warden at ISP I have been the person primarily responsible for them.

5.    As Warden, I have supervised one prior execution by lethal injection in Indiana.

6.    As a result of my experience with, and oversight of, all aspects of execution, I am familiar with the methods used and discussed in the following paragraphs of this declaration, all of which deal with execution by lethal injection in Indiana.

7.    In my role as Warden of ISP, I am familiar with Benjamin Ritchie and the circumstances surrounding his execution scheduled for May 20, 2025.

### Training

8.    Since becoming Warden at ISP, I have overseen routine training with the various teams that assist in the execution, including ensuring the Execution Team complies with ISP 06-26: Execution of Death Sentence. ECF 9-1, Compl, Ex. A.

9.    The Execution Team consists of the Execution Chamber Security Team, the Injection/Push Team, the Extraction Team, the IV Team, the physician, and the Execution Director.

10.    It is imperative that the Execution Team has proper training and routinely practices the execution to ensure there are no missteps with their respective handling of each step of the execution.

11.    Training consists of intensive cell extraction and restraint training; protocols in starting IVs, including practical training with Indiana Homeland Security medical professional oversight; and usage of intravenous light and equipment to assist with identification and findings veins to start the IV.

12.     These trainings also include walkthroughs of escorting the condemned's witnesses to their respective witness room and the victim's witnesses to their respective witness rooms taking care to ensure the two groups do not interact.

13.     When I first started as Warden, the Execution Team was meeting every two to three months to train on execution procedure and protocol, due to the lack of drugs available to carry out an execution.   During my tenure as Warden, we have tried to maintain a once every two-week practice schedule for execution team practice.

14.     Every team that is part of the Execution Team participates in execution practices and there are two full run-throughs of what goes on during the execution, including fake witnesses, a fake spiritual advisor and a fake condemned person. The training includes an IV hookup to the fake condemned person administered by the IV Team.

15.     As the likelihood of the Indiana Supreme Court issuing a death warrant became more likely, the frequency of training was enforced at once every two weeks.

16.     After a Death Warrant has been issued, the Execution Team meets weekly to train on various scenarios.

17.     Since Mr. Ritchie's Death Warrant was issued, the Execution Team has met weekly to train and practice.

## Execution Room

18.     The execution area consists of an execution chamber, two witness rooms (one for the victim's witnesses and one for the condemned's witnesses), a holding cell for the condemned, a physician's room, and a room for the injection team.

19.    The victim's witness room consists of eight chairs on risers that have been bolted to the ground. The room is 16 feet 2 inches by 10 feet with a window 42 inches by 43 inches.

20.    The condemned's witness room consists of five chairs bolted to the ground. The room is 10 feet by 10 feet with a window measuring 41 inches by 43 inches.

## ISP 06-26

21.    ISP 06-26 is the Indiana Department of Correction Indiana State Prison Facility Directive Concerning Execution of Death Sentence. ECF 9-1, Compl, Ex. A. This Directive sets forth the protocol and procedures for executions administered at ISP.

22.    Pursuant to the Directive, up to eight members of the victim(s) immediate family are allowed to witness the execution from the victim's witness room.

23.    The Directive permits the condemned to invite up to five relatives or friends to view the execution.

24.    As I understand, this Directive follows Indiana Code § 35-38-6-6(a) regarding how many witnesses are permitted to view the execution for the condemned and victim.

25.    The Directive further allows the condemned to request that a member or members of the media be present as one of their five selected witnesses.

26.    Mr. Ritchie has not requested the media be permitted as one of his five witnesses.

**I AFFIRM, UNDER THE PENALTIES OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.**

May 15, 2025

Date

Ron Neal
Warden of Indiana State Prison
Indiana Department of Correction