UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ASSOCIATED PRESS,<br>STATES NEWSROOM d/b/a INDIANA CAPITAL CHRONICLE,<br>GANNETT CO., INC.,<br>CIRCLE CITY BROADCASTING I, LLC,<br>TEGNA INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>RON NEAL,<br>LLOYD ARNOLD,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:25-cv-00872-MPB-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

Courtroom Minutes for May 16, 2025
Before Hon. Matthew P. Brookman, Judge

    The court convened for a hearing on Plaintiff's Motion for Preliminary Injunction, Dkt. [19], filed on May 12, 2025. Plaintiffs were represented by counsel Lin Weeks, Elizabeth Soja, and Kristopher Cundiff. Defendants were represented by Indiana Deputy Attorneys General Jefferson Garn, Thomas Pratt, and Brandyn Arnold.

    Witness Warden Ron Neal was sworn, examined, and cross-examined. The court heard arguments from the parties and took the matter under advisement. An order on Plaintiff's Motion for Preliminary Injunction will be issued separately.

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.