# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 16, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2025
>
> Caption:
> ASSOCIATED PRESS, et al.,
>     Plaintiffs - Appellants
>
> v.
>
> RON NEAL and LLOYD ARNOLD,
>     Defendants - Appellees
>
> ---
>
> District Court No: 1:25-cv-00872-MPB-MJD
> Clerk/Agency Rep Kristine L. Seufert
> District Judge Matthew P. Brookman
>
> Date NOA filed in District Court: 06/13/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)