UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00872-MPB-MJD |
| | ) | |
| RON NEAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER
## TELEPHONIC HEARING
## HON. MAGISTRATE JUDGE MARK J. DINSMORE

Plaintiff's Uncontested Motion to Stay [Dkt. 47] is set for a telephonic hearing on **Thursday, June 26, 2025 at 12:00 p.m. (Eastern)**.  Counsel shall attend the hearing by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 24 JUN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.