UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00872-MPB-MJD |
| | ) | |
| RON NEAL in his official capacity as the | ) | |
| Superintendent of Indiana State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JUNE 26, 2025**
**TELEPHONIC HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic hearing on Plaintiffs' Uncontested Motion to Stay. [Dkt. 47.] Following a discussion with the parties, the motion is **GRANTED**, and this case is **STAYED** pending the resolution of the interlocutory appeal of the order denying Plaintiffs' motion for preliminary injunction. Plaintiffs shall file a report on the status of the appellate proceedings on **December 19, 2025, and every sixty days thereafter** until the stay is lifted. Plaintiffs also shall file a motion to lift the stay **within seven days** of the date the proceedings in the Seventh Circuit are completed.

SO ORDERED.

Dated:  26 JUN 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.