**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| THE ASSOCIATED PRESS, STATES NEWSROOM d/b/a The Indiana Capital Chronicle, GANNETT CO., INC., CIRCLE CITY BROADCASTING I, LLC, and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> RON NEAL, *in his official capacity as the Superintendent of Indiana State Prison*, and LLOYD ARNOLD, *in his official capacity as the Commissioner of the Indiana Department of Corrections*, <br><br> *Defendants*. | Case No. 1:25-cv-00872-MPB-MJD |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's June 26, 2025 minute entry, ECF 51, Plaintiffs, The Associated Press, States Newsroom d/b/a The Indiana Capital Chronicle, Gannett Co., Inc., Circle City Broadcasting I, LLC, and TEGNA INC., respectfully submit this status report on the appellate proceedings in this case.

1.      Plaintiffs' appeal from this Court's denial of Plaintiffs' motion for preliminary injunction was assigned docket number 25-2025 by the U.S. Court of Appeals for the Seventh Circuit and is fully briefed before that Court. Plaintiffs filed their principal appellate brief on July 28, 2025, Defendants filed their responsive brief on August 27, 2025, and Plaintiffs filed their reply brief on September 17, 2025. An amicus brief in support of Plaintiffs was filed on August 4, 2025 by a group of scholars whose research, teaching, and scholarship focuses primarily on the First Amendment.

2.    On January 23, 2026, Plaintiffs submitted a notice of supplemental authority to the Clerk of Court for the Seventh Circuit, informing that court of an order dated January 16, 2026 by the Chancery Court for Davidson County, Tennessee granting a temporary injunction in *Associated Press, et al. v. Nelsen, et al.*, No 25-1513-III, and attaching that order to the notice.

3.    Oral argument took place before a panel of the Seventh Circuit on February 18, 2026.

4.    This case remains stayed in this Court pursuant to this Court's June 26, 2025 minute entry, ECF 51, which granted Plaintiffs' uncontested motion to stay, ECF 47.

5.    Pursuant to the Court's June 26, 2025 minute entry, Plaintiffs will file another status report regarding the appellate proceedings in this case on or before June 19, 2026.

Dated:  April 20, 2026

Respectfully submitted,

*/s/ Kristopher L. Cundiff*
Kristopher L. Cundiff
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
PO Box 150
Fishers, IN 46038
Tel: (463) 271-4676
Fax: (202) 795-9310
kcundiff@rcfp.org

Lin Weeks*
Elizabeth J. Soja*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Tel: (202) 795-9300
Fax: (202) 795-9310
lweeks@rcfp.org
esoja@rcfp.org

2

*admitted pro hac vice

*Counsel for Plaintiffs*.