UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ASSOCIATED PRESS, STATES NEWSROOM d/b/a INDIANA CAPITAL CHRONICLE, GANNETT CO., INC., CIRCLE CITY BROADCASTING I, LLC, TEGNA INC., <br><br> Plaintiffs, <br><br> v. <br><br> RON NEAL, LLOYD ARNOLD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br> No. 1:25-cv-00872-MPB-MJD |

**SCHEDULING ORDER**
**TELEPHONIC STATUS CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephonic status conference on **Monday, July 6, 2026 at 12:00 p.m. (Eastern)**. The purpose of the conference shall be to discuss case status. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated:   25 JUN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.