UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THE ASSOCIATED PRESS, et al.,                    )
                                                 )
                        Plaintiffs,              )
                                                 )
            v.                                   )        No. 1:25-cv-00872-MPB-MJD
                                                 )
RON NEAL in his official capacity as the         )
Superintendent of Indiana State Prison, et al.,  )
                                                 )
                        Defendants.              )

**MINUTE ENTRY FOR JULY 6, 2026
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of the matter. Plaintiff's motion to lift the stay of this matter [Dkt. 65] is hereby **GRANTED**, and the stay of this matter is now lifted.

Defendants shall file a response to Plaintiff's Complaint on or before **July 27, 2026**. **No further enlargement of that deadline is anticipated**.

This matter is scheduled for a telephonic initial pretrial conference on **Thursday, July 30, 2026 at 12:00 p.m. (Eastern)**. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. The parties shall file a proposed Case Management Plan ("CMP") no fewer than **seven days** before the pretrial conference.

Unless the parties agree there are compelling reasons for a departure, the CMP shall be in the format set forth in the model CMP found on the Court's website (www.insd.uscourts.gov).

Section III(A) through (D) of the proposed CMP shall include the following deadlines:

A.   The parties shall serve their Fed. R. Civ. P. 26 initial disclosures on or before **August 6, 2026**.

B.   Plaintiff(s) shall file preliminary witness and exhibit lists on or before **August 13, 2026**.

C.   Defendant(s) shall file preliminary witness and exhibit lists on or before **August 20, 2026**.

D.   All motions for leave to amend the pleadings and/or to join additional parties shall be filed on or before **September 11, 2026**.

In advance of the initial pretrial conference, counsel shall plan for discovery and conduct the conference required by Fed. R. Civ. P. 26(f). Represented parties shall attend the initial pretrial conference by counsel.  Clients are not required (but are permitted) to attend this conference.

Counsel who attend the conference must have their appearance on file. At the conference, counsel should be prepared to discuss the issues addressed in the ESI Supplement to Case Management Plan found on the Court's website, in addition to:

1.   How exhibits will be identified during the discovery process consistent with the Court's trial procedures;

2.   The types and number of witnesses the parties anticipate may provide evidence under Federal Rule of Evidence 702, 703 or 705;

3.   Any issues anticipated at the outset regarding the scope or nature of discovery anticipated in the case;

4.   Any anticipated deviations from the established limitations on discovery;

5.   Any anticipated need for the entry of a protective order in the matter; and

Dated:  6 JUL 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.