**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

THE ASSOCIATED PRESS, STATES NEWSROOM d/b/a The Indiana Capital Chronicle, GANNETT CO., INC., CIRCLE CITY BROADCASTING I, LLC, and TEGNA INC.,

*Plaintiffs*,

v.

RON NEAL, *in his official capacity as the Superintendent of Indiana State Prison*, and LLOYD ARNOLD, *in his official capacity as the Commissioner of the Indiana Department of Corrections*,

*Defendants*.

Case No. 1:25-cv-00872-MPB-MJD

**PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Pursuant to this Court's July 31, 2026 Case Management Plan (ECF 75), and in accordance with its initial disclosures served on Defendants on August 7, 2026, Plaintiffs respectfully submit this preliminary list of witnesses they may call and exhibits they may introduce at trial.

A. **Preliminary list of witnesses**:

1. Thomas Coyne;
2. Joseph Dits;
3. Niki Kelly;
4. Rich Nye;
5. Kristine Phillips;
6. Jennie Runevitch;
7. Casey Smith;
8. Tim Spears;

9. Sophia Tareen;
10. Ron Neal;
11. Lloyd Arnold;
12. Any expert witnesses;
13. Any persons necessary for purposes of impeachment or rebuttal or to authenticate documents;
14. Further witnesses identified as discovery continues.

B. **Preliminary list of exhibits**:

1. Statutes, news articles, and execution protocols from Indiana and from other states relating to executions and public and press access to them;
2. Any documents and exhibits filed in this case;
3. Any transcripts from proceedings in this case;
4. Documents produced by Defendants related to the drafting of ISP 06-26 and its predecessors;
5. Documents produced by Defendants related to the attendance of witnesses at the executions of at least Joseph Corcoran, Benjamin Ritchie, and Roy Lee Ward;
6. Documents produced by Defendants related to the facilities for observing executions in Indiana State Prison and the new correctional facility at Westville, Indiana;
7. Documents produced by Defendants related to the measures taken to ensure the privacy, safety, and confidentiality of Indiana Department of Corrections' ("IDOC") staff;
8. Documents produced by Defendants related to IDOC's compliance with the Eighth Amendment, the evolving standards of decency, Section 6(a), and ISP 06-26, including protocols for handling the observers at executions;
9. Documents produced by Defendants related to Defendants' theory that Section 6(a) and ISP 06-26 preserve the dignity of the condemned inmate; any other documents produced in discovery in this matter;
10. Any depositions taken in this matter and their exhibits;

11. Any responses to interrogatories in this matter; any expert reports and supporting materials; any documents needed for impeachment or rebuttal purposes.

12. Any documents needed for impeachment or rebuttal purposes;

13. Further documents identified as discovery continues.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Kristopher L Cundiff*
Kristopher L. Cundiff
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
PO Box 150
Fishers, IN 46038
Tel: (463) 271-4676
Fax: (202) 795-9310
kcundiff@rcfp.org

Lin Weeks*
Elizabeth J. Soja*
Allyson Veile *
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Tel: (202) 795-9300
Fax: (202) 795-9310
lweeks@rcfp.org
esoja@rcfp.org
aveile@rcfp.org
**admitted pro hac vice*

*Counsel for Plaintiffs*