# Exhibit A

**CONFIDENTIAL**

## INDIANA DEPARTMENT OF CORRECTION

### *INDIANA STATE PRISON*
### *FACILITY DIRECTIVE*

## ISP 06-26: EXECUTION OF DEATH SENTENCE

**A. PURPOSE**:

The purpose of this Facility Directive is to establish appropriate guidelines to enable the Indiana State Prison to comply with state statutes governing the administration of the death penalty.

**B. LEGAL BASIS**:

**1. EXECUTION OF DEATH SENTENCE; SPECIFIED TIME AND DATE; EXECUTIONER:**

**a.** The punishment of death shall be inflicted by intravenous injection of a lethal substance or substances into the convicted person in a quantity sufficient to cause the death of the convicted person and until the convicted person is dead.

IC 35-38-6-1(a).

**b.** The Warden of the State Prison, or persons designated by the Warden, shall designate the person who is to serve as the executioner (referred to herein as the "Execution Director").

IC 35-38-6-1(c).

**2. PLACE OF EXECUTION OF DEATH SENTENCE:**

The execution must take place inside the walls of the state prison in a room designed for that purpose. The department of correction shall provide the necessary room (referred to herein as the "Execution Chamber") and appliances to carry out the execution as provided in this chapter.

IC 35-38-6-5.

**3. PERSONS PERMITTED TO BE PRESENT AT THE EXECUTION OF DEATH SENTENCE:**

**a.** Only the following persons may be present at the execution:

i. The Warden and any assistants who are necessary to assist in the execution;

ii. Up to two (2) physicians;

iii. The spiritual advisor of the convicted person;

iv. The State Prison Chaplain;

v. The convicted person may invite up to, but no more than, five (5) relatives or friends to attend;

vi. Up to eight (8) of the following members of the victim's immediate family who are at least eighteen (18) years of age;

a. The victim's spouse.

b. One or more of the victim's children.

c. One or more of the victim's parents.

d. One or more of the victim's grandparents.

e. One or more of the victim's siblings.

The offender shall submit a list of witness names and their relationships: (family, friends, and spiritual advisor) to the Warden for approval at least twenty (20) days prior to the execution date.

If there was more than one (1) victim, no more than (8) eight persons who are members of the victims' immediate families may be present at the execution.

If an agreement between the victims' immediate family members cannot be reached, the Warden shall conduct a lottery to determine which members are selected to be present at the execution.

The Warden shall provide a support room for the use of an immediate family member of the victim who is not selected to be present at the execution and persons invited by the immediate family for support. One or more members of the designated Critical Incident Stress Management (CISM) Team shall accompany the individual(s).

The Warden may exclude a person from viewing the execution if it is determined that the presence of the person would threaten the safety and security of the Indiana State Prison. The determination will be provided in writing.

IC 35-38-6-6(a)-(d).

**b.** The Department of Correction shall keep confidential the identities of persons who assist the Warden of the State Prison in an execution and may classify as confidential and withhold from the public any part of a document relating to an execution that would reveal the identity of a person who assists the Warden in the execution.

IC 35-38-6-6(e).

**C.** **NEWS MEDIA**:

1. The Commissioner or their designee shall designate a Central Office staff person to assist the State Prison in the coordination of media communications. The designated Central Office staff person shall be present at the State Prison to assist with the media during the period preceding the execution. Additionally, the Warden shall designate a staff person to assist with coordinating media activities.

2. Authorized and properly identified representatives of the news media shall be permitted access to a designated area. Media personnel must remain in the designated area until the execution has been completed. The Warden or designee shall assign a staff person to remain with the media personnel at all times.

3. Media personnel shall not be permitted to witness the execution or to be in the Execution Chamber. The only exception to this rule is if the offender requests, in writing, that a member or members of the media be present. The name of the individual(s) must then be included on the list of five (5) persons who are invited by the offender to witness the execution.

4. Under no circumstances will cameras or recorders not under the control of the Department of Correction be permitted in the execution area.

**D.** **COMMUNICATION SYSTEMS:**

1. Prior to an execution date, the Warden or designee shall ensure appropriate communications systems are established in close proximity to the Execution Chamber. At a minimum, these communication systems shall consist of the following:

   a. A dedicated line to the Governor's office and residence;

   b. A dedicated line to the Supreme Court Administrator;

   c. A dedicated line to the Indiana Department of Correction Central Office Command Center;

   d. An open line between the Execution Chamber and the Indiana State Prison Command Center;

   e. An open line between the Lethal Injection Chemical Room and the Physician's Room;

   f. Two-way communication radio open to outside areas, on a frequency separate for the frequency used for general in-house communications.

2. The Warden or designee shall ensure that adequate staff persons are assigned to continually monitor the communication system during the time preceding the execution.

**E. SELECTION OF EXECUTION TEAM AND SUPPORT PERSONNEL**:

1. When an Execution Team vacancy occurs, the Warden or designee shall appoint a Screening Committee to assist with the Execution Team selection process. [redacted] The Screening Committee shall interview appropriate personnel and assess their emotional stability and their willingness/ability to handle the stress of assisting with the execution. The following issues are discussed:

Personal History and Background

a. Obtain information about the individual in order to ascertain whether or not they have life experiences which might make their participation more difficult.

b. Determine values regarding death penalty.

c. Determine religious values and talk about potential conflicts in regard to taking another person's life.

d. Obtain information about the individual's personal support system (e.g., family, friends, etc.) that is available to help cope with stress.

Medical/Psychological Background

a. Determine this person's belief about their medical/physical ability to cope with stressful situations.

b. Solicit examples of how this person copes with other stressful situations in their life.

c. Establish current coping mechanisms used by this person and evaluate their ability to learn new skills if necessary.

d. Evaluate levels of trust this person has in their own ability to carry out difficult tasks, and their perceived beliefs regarding how others view that ability.

e. Define the individual's interpretation of confidentiality.

f. Identify issues that would prevent them from carrying out this type of duty.

g. Determine if they have ever been involved with a counseling experience and what their reaction was to it.

Professional Experience

a. Identify professional experiences (e.g., departmental, custody, educational, administrative, medical, etc.) that would aid them in performing this task.

b. Identify the professional characteristics of this individual and what role they played in making them a candidate to become a member of the team.

2. Following the individual screening process, the Committee shall provide a list of candidates to the Warden. The Warden shall approve the personnel who will assist in the execution.

3. [redacted] shall select, subject to the approval of the Warden, personnel who will perform support roles in the execution process, including, but not limited to: security, communications, and other appropriate support activities.

4. During the preparation for an execution, should a staff person desire to be relieved of these responsibilities or should observations of a staff person's behavior dictate that they may be unsuitable for the task, they will be relieved of these duties. In either case, the Warden or designee shall contact [redacted] to arrange a debriefing session with the staff person(s).

5. The Warden or designee shall locate and select a physician to be present at the State Prison at the time of the execution. The physician's duties shall include monitoring or performing any medical procedures conducted in accordance with this Facility Directive and pronouncing death.

## F. **TEAM TRAINING**:

Staff selected for the Execution Team are trained at least quarterly. The training includes intensive cell extraction/restraint training, protocols in starting IV's including practical training with regional EMS oversight. Lighting is evaluated during training sessions by the team. The IV team also uses an intravenous light and equipment such as a Venoscope, which assists in identification and finding of veins to start the IV. Practical training is conducted in the Execution Chamber so that staff are well prepared and accustomed to the environment prior to the actual execution.

Staff will consult with a licensed physician in the preparation and administration of the lethal chemicals used to carry out the duty described in IC 35-38-6-1. This consultation shall include an examination of how the lethal chemicals are transferred to syringes and delivered.

## G. **PRELIMINARY PROCEDURES**:

1. Thirty (30) days prior to a scheduled execution or one (1) week after receiving a warrant for execution or equivalent order for the execution of a death sentence ("Execution Order"), [redacted] who will be the offender's contact person, will attend a meeting with the condemned offender. They will discuss the lethal injection procedures,

establish a visiting list for approval, and determine if the offender wishes to prepare a will and write a last statement. The offender shall receive translated instructions and materials if English is not his primary language. If a literacy problem exists, a staff member will assist the offender in understanding the material. If the offender refuses to leave his cell for the notification meeting, the Warden may meet with the offender in front of his cell and provide him a packet of the applicable information, including appropriate timelines.

2. The offender will receive a full medical evaluation, including venous access, approximately thirty (30) days prior to a scheduled execution. A weekly assessment of the offender's veins will be conducted up to the day of execution. Fluids will be provided orally to maintain hydration.

3. The facility shall be constantly monitored during the days immediately before the scheduled date of execution. Activities of the facility may be adjusted in order to maintain a proper level of security.

4. Visitors of the condemned will visit in conjunction with regular visiting hours, 8:00 a.m. through 4:30 p.m. Extended visiting hours (visitation) may be requested and approved only by the Warden or designee. Legal counsel shall be subject to the same hours listed above.

   Approved spiritual advisors may visit longer if extra time is requested and approved in advance by the Warden or designee. All visits will conclude by 10:00 p.m.

5. Prior to the scheduled date of the execution, the Warden or designee shall arrange for the Execution Chamber to be equipped, and for the necessary supplies to be ordered.

6. An inspection of the building and immediate area housing the Execution Chamber will be made weekly, beginning thirty (30) days prior to the scheduled date of execution, and beginning five (5) days prior to the scheduled execution, inspections will be conducted daily. The inspection will be conducted by the Deputy Warden of Operations, the Physical Plant Supervisor, and a custody supervisor. This inspection will concentrate on the level of security and sanitation of the building in general, and more specifically, the immediate area where the execution will occur.

7. At the discretion of the Warden, the condemned offender may be moved to [redacted] within thirty (30) days of the scheduled date of the execution. The custody staff person assigned to this post shall maintain constant supervision of the condemned offender and will maintain a log, recording the offender's activities and visitors. In the event the condemned offender is not moved to [redacted] Custody staff are to maintain observation of the offender and maintain a log, recording the offender's activities and listing all persons entering and exiting the housing unit.

8. Prior to the scheduled date of the execution, the Warden shall determine the appropriate time to move the condemned offender to a holding cell in the Execution Chamber. When moved, appropriate staff shall be assigned to maintain security and continue constant observation of the offender. Staff are to maintain a log, recording the offender's activities and listing all persons entering and exiting the Execution Chamber. The offender may have in his possession the following items: Bible or equivalent religious book and other religious materials, up to 20 photographs, address book, eyeglasses, appropriate writing materials and any other items, as approved by the Warden or designee. A television and telephone will be provided for the offender's use.

9. If the condemned offender wishes to receive a special meal, he will be permitted to order his choice of food (within reason, based on availability and legality) seven (7) days prior to execution. This meal will be eaten thirty-six (36) to forty-eight (48) hours before the execution and is to be consumed in one sitting, not exceeding four (4) hours. Any leftovers will be removed from the cell and discarded. The condemned offender is to have nothing to eat or drink past 12:00 p.m. on the day of the execution. A limited amount of water will be permitted in order to take oral medication.

10. If requested, an approved spiritual advisor or prison chaplain may be present with the offender on the day preceding the execution to provide pastoral care and sacramental functions. The name of the spiritual advisor must be submitted to the Warden or designee for approval a minimum of twenty (20) hours prior to the execution. The spiritual advisor may visit in the Execution Chamber until 10:00 p.m. the night preceding the execution.

11. The offender may be provided with a sedative upon request. The strength should be sufficient to calm him, however, not enough to render him unconscious.

12. One team member will be available to translate if English is not the offender's primary language.

**H.** **<u>RECORD KEEPING</u>**:

Upon receipt of an Execution Order, all associated correspondence will be forwarded to the Warden's Office. This includes, but is not limited to: petition for clemency, clemency schedule, request for modification of visitation, personal autopsy preference, last will and testament, request for spiritual advisor, request for execution witness, request for last meal, media statements or interview requests, news releases, funeral arrangements, confirmation of coroner and funeral home, E-Squad Security Procedures, victim witnesses, master visiting list, staff authorized in the Execution Chamber and Command Center, facility memoranda, all chamber inspection reports, team practices, rehearsal schedule, all observation logs and CISM debriefing schedule. Upon confirmation of a stay of execution or

the completion of an execution, all documents will be maintained in accordance with record retention requirements or department policy.

## I. **EXECUTION PROCEDURES**:

1. The execution of an offender shall generally occur between midnight and no later than an hour before sunrise on a date fixed by the sentencing court. The execution must not occur until, at least, one hundred (100) days after the conviction. An example of an execution schedule is located in 06-26 Appendix B.
2. [redacted]
3. [redacted]
4. [redacted]
5. The Warden or designee shall designate staff to monitor the communications systems put in place for the execution.
6. Persons authorized to be in the facility command center are as follows: [redacted] A list of approved persons will be maintained by the Warden.
7. The [redacted] will record the steps taken during the execution process and log the times. In carrying out the execution process, the followings steps shall be taken:
    a. Injection Team prepares the syringes to be used during the execution, according to the designated injection method. [redacted] IV Team sets up IV trays.
    b. [redacted]
    c. [redacted]
    d. The Warden or designee and [redacted] report to the Execution Chamber.
    e. Security staff escorts offender witnesses to the holding location. A chaplain is available if needed.

The Warden calls the command center to ensure the execution is to proceed.

f. The Extraction Team is notified by radio.

i. At the command of the Warden or designee, the Extraction Team will approach the holding cell and ask the condemned offender to approach the cell door and be handcuffed.

ii. The [redacted] will then ask the offender to step back and place his hands above his head, on the wall in front of him. (If the condemned offender refuses to cooperate, Departmental Extraction Policy will be used.)

iii. The [redacted] will unlock the cell door to allow the Extraction Team to enter. The offender will then be escorted from the cell and walked into the Execution Chamber. He will be assisted onto a stationary gurney. His legs will be secured to the gurney with soft leather restraints on his ankles, as well as a soft leather strap that will go across his chest and upper arms. His wrists will be secured to the gurney with soft restraints. The team leader will ensure good circulation of the extremities. The Extraction Team will return to the holding cell staging area, out of view of any witnesses.

g. The IV Team is notified by radio to move in. The IV Team will insert a venous catheter in each arm, attach the necessary tubing, and start an IV flow by slow infusion consisting of a saline solution. Continued surveillance of the IV site will be conducted to monitor for infiltration. The catheter must be properly secured using tape. The IV process will be observed by the physician, Warden, Execution Director and Injection Team.

If a suitable vein cannot be discovered in an arm, the IV Team shall substitute a suitable vein in another part of the body under the supervision of the physician.

Upon completion, the IV Team announces "IV process completed," then proceeds to the holding cell staging area.

h. If access cannot be established through peripheral intravenous cannulation, the physician will provide access by central venous cannulation or alternative means in accordance with reasonable medical standards.

Upon completion, the Execution Director announces "IV process completed." [redacted]

i. The Warden or designee will then read the Execution Order to the condemned offender.

i. After the Execution Order has been read, the Warden or designee will then ask the condemned offender if he has any last words. If he does, they will be recorded by the Warden, [redacted] and/or designee.

NOTE: The condemned offender will be given ample opportunity to prepare a written statement prior to the execution.

ii. The [redacted] secures the recorder, checks IV lines and notifies the [redacted] to transport the witnesses into the viewing area by radio.

iii. Victim witnesses will be escorted from the Deputy Warden's office or designated area to the Execution Chamber and seated left of the partition. [redacted] and law enforcement will provide security.

NOTE: The victim witnesses who do not wish to view the execution or cannot view the execution will remain in the Deputy Warden's office or designated area.

iv. Offender witnesses will be escorted from the holding location and seated to the right of the partition. [redacted] and law enforcement will provide security.

j. The [redacted] provides notice that the witnesses are in place.

k. The Warden checks with the Command Center to proceed.

l. The Warden orders the lights to be dimmed and the viewing window blinds and louvered doors opened.

m. The Warden instructs the Injection Team to proceed.

n. The Injection Team proceeds, advising the Warden by radio after each syringe. Extreme care will be exercised during the selection of syringes. The Injection Team members will verify the syringe by number, color code, and description prior to use. Once the "Proceed" command is given, the injection procedure will begin with slow, even syringe pressure. IV lines will be constantly monitored for leaks or stoppage. The injection procedure will continue until all the chemicals in the syringe set have been injected into the condemned offender and the offender is pronounced dead.

o. The Injection Team provides notice that the injection process is complete.

p. Following the completion of the injection process, the Warden will then order the blinds and louvered doors to be closed and the lights turned up. The physician comes out and pronounces time of death, and then returns to the holding area.

q. If the offender's heart has not stopped, the physician will return to the holding area, the lights will be dimmed, the blinds and louvered doors will be reopened, and the Warden or designee shall order the injection procedure to be repeated. After this procedure is completed, the blinds and louvered doors will be closed, and the lights turned up.

The physician reenters and pronounces time of death, and then returns to the holding area.

r. The Warden advises the Command Center of the time of death and of the last statement if there is one.

s. The [redacted] that the witnesses may leave. [redacted]

Designated State Prison staff will be available to address questions from witnesses.

t. The [redacted] when the visiting areas are clear.

u. IV Team, Injection Team, Extraction Team are authorized to leave by the Warden.

v. [redacted]

w. The Warden returns to the facility Command Center.

x. [redacted] to assist the ID & Release Officer in the preparing, photographing and fingerprinting of the body. The Warden or designee may request that color photographs are taken and maintained by [redacted] staff.

y. The Coroner is escorted to the Execution Chamber to photograph, claim, and prepare the body for transportation. The body will be released to the Coroner utilizing established departmental procedures.

z. The hearse enters the institution through [redacted] The deceased is loaded into the hearse for transport to the funeral home.

**J. CODES FOR COMMUNICATION:**

[redacted] (2 members will have headsets)
[redacted] (2 members will have headsets)
[redacted] (2 members will have headsets)
[redacted]

**K. POST EXECUTION PROCEDURES:**

1. After the body has been removed from the facility, a representative of the facility or Department of Correction shall make a statement to the news media.

2. Following the execution, any staff who request it shall meet with CISM staff for debriefing.

3. The Warden or designee shall return the Execution Warrant to the Clerk of the sentencing court as soon as possible following the execution of the offender.

4. The Warden shall conduct a debriefing, separate from the debriefing by CISM, to identify concerns with personnel involved with the execution process. This debriefing shall be conducted as soon as practical following the execution.

**L. REVIEW:**

The contents of this document will be reviewed and/or revised as needed on an annual basis, in accordance with Policy 00-04-101, "THE DEVELOPMENT, and APPROVAL AND IMPLEMENTATION OF POLICY."

**APPROVED:** Signature on file **DATE:** ____________
**Warden, Indiana State Prison**

**CONFIDENTIAL**

# ISP 06-26
# Appendix A

## PREPARATION AND ADMINISTRATION OF CHEMICALS

## A. Procurement and Maintenance of Inventories

1. Procurement of pharmaceuticals is in accordance with applicable state and federal law. The Warden and the [redacted] will manage all pharmaceuticals, once delivered to the Administration Building, for secured storage and inventory.

2. Inventories must be adequate to cover expected usage. Sharps and controlled substances must be maintained under careful control at all times. A perpetual inventory of pharmaceuticals and supplies (e.g., needles, syringes, medications, trays, etc.) will be maintained.

3. Expired and/or damaged pharmaceuticals may be used by the Execution Team for training purposes. These items will be clearly marked as expired and/or damaged and will be destroyed in accordance with established protocols.

## B. Preparation of Chemicals

1. **Method 1**

The Injection Team prepares two sets equaling eight (8) injection syringes. One set is used as a backup in the event the first attempt fails. Safety precautions will be exercised when preparing the syringes, including the use of gloves and safety glasses. Spills will be promptly diluted with saline and absorbed with towels. Expiration dates of the drugs are verified prior to use. As each syringe is prepared, it is clearly numbered, color coded and described with the chemical name and amount.

- Syringe 1: Sodium Pentothal, Pentobarbital (1.0 grams per vial) or Brevital (2.5 grams per vial) is carefully mixed with 50 mL of sterile saline. Two (2) vials are used. This process is under the direct observation of the physician. This syringe is color coded yellow.
- Syringe 2: Sodium Pentothal, Pentobarbital (1.0 grams per vial) or Brevital (2.5 grams per vial) is carefully mixed with 50 mL of sterile saline. Two (2) vials are used. This process is under the direct observation of the physician. This syringe is color coded yellow.
- Syringe 3: 60cc syringe is 50 mL of sterile saline and is color coded black.
- Syringe 4: 60cc syringe is 50 mg of Pancuronium Bromide or Vecuronium Bromide and is color coded blue.

- Syringe 5: 60cc syringe is 50 mg of Pancuronium Bromide or Vecuronium Bromide and is color coded blue.

- Syringe 6: 60cc syringe is 50 mL of sterile saline and is color coded black.

- Syringe 7: 60cc syringe is 50 mEq of Potassium Chloride and is color coded red.

- Syringe 8: 60cc syringe is 50 mEq of Potassium Chloride and is color coded red.

2. **Method 2**

The Injection Team prepares three identical sets equaling nine (9) injection syringes. Two (2) of the sets will be used as backups. Safety precautions will be exercised when preparing the syringes, including the use of gloves and safety glasses. Spills will be promptly diluted with saline and absorbed with towels. Expiration dates of the drugs are verified prior to use. As each syringe is prepared, it is clearly numbered, color coded and described with the chemical name and chemical amount.

**Primary Set A**:

- Syringe 1A: Two and one-half (2.5) grams of pentobarbital, 50 mL of a 50 mg/mL solution, labeled 1A and color coded yellow.

- Syringe 2A: Two and one-half (2.5) grams of pentobarbital, 50 mL of a 50 mg/mL solution, labeled 2A and color coded yellow.

- Syringe 3A: 60 mL of a sterile saline solution, labeled 3A and color coded black.

**Backup Set B**:

- Syringe 1B: Two and one-half (2.5) grams of pentobarbital, 50 mL of a 50 mg/mL solution, labeled 1B and color coded yellow.

- Syringe 2B: Two and one-half (2.5) grams of pentobarbital, 50 mL of a 50 mg/mL solution, labeled 2B and color coded yellow.

- Syringe 3B: 60 mL of a sterile saline solution, labeled 3B and color coded black.

**Backup Set C**:

- Syringe 1C: Two and one-half (2.5) grams of pentobarbital, 50 mL of a 50 mg/mL solution, labeled 1C and color coded yellow.

- Syringe 2C: Two and one-half (2.5) grams of pentobarbital, 50 mL of a 50 mg/mL solution, labeled 2C and color coded yellow.

- Syringe 3C: 60 mL of a sterile saline solution, labeled 3C and color coded black.

3. After the Injection Team prepares all syringes with the proper chemicals and labels as provided above for the method selected, the IV Team must ensure that the IV setup is completed.

**C. Administration of Chemicals**

1. **Method 1**

a. Syringes 1 (yellow), 2 (yellow), 3 (black), containing Sodium Pentothal, Pentobarbital, or Brevital and the saline solution, are injected in order. The offender will be closely and vigilantly monitored to ensure the surgical depth or surgical plane is deep enough so that the offender is unconscious. The depth may be tested through the use of ammonia inhalant, pin prick, or other accepted stimuli.

b. Syringes 4 (blue), 5 (blue), and 6 (black), containing Pancuronium Bromide or Vecuronium Bromide and the saline solution, are injected in order.

c. The Warden signals approval to proceed. Syringes 7 (red) and 8 (red), containing Potassium Chloride, are injected in order.

d. At the completion of the process and after a sufficient amount of time for death to have occurred, the injection process will be completed.

2. **Method 2**

a. The lethal chemicals from Syringes 1A and 2A shall be injected in order.

b. The saline solution from Syringe 3A shall be injected.

c. Following a sufficient amount of time for death to occur after the injection of Syringe 3A, the Physician shall examine the offender to determine if death has occurred.

If the offender is still exhibiting visible signs of life, Syringes 1B and 2B shall be injected, followed by Syringe 3B.

If the offender is still exhibiting visible signs of life, Syringes 1C and 2C shall be injected, followed by Syringe 3C.

d. At the completion of the process and after a sufficient amount of time for death to have occurred, the injection process will be completed.

3. Each chemical must be administered in the predetermined order in which the syringes are prepared and labeled. The full dose contained in each syringe must be administered to the offender. If all electrical activity of the heart ceases prior to administering all of the chemicals prepared, the Injection Team must continue to follow the protocol and administer all remaining chemicals in the set in the order and amounts set forth above.

4. The IV lines will be constantly monitored for leaks or stoppage. If this situation should occur, the Injection Team shall immediately transfer to the alternate line to restart the injection procedure. The Injection Team will not proceed until approval is obtained from the Warden.

5. The actual time of death will be when the physician pronounces death.

6. All of the prepared chemicals must be used or properly disposed of no later than twenty-four (24) hours after the time designated for the execution to occur. Should a stay delay the execution beyond twenty-four (24) hours of the scheduled executions, another complete set of syringes must be prepared in accordance with this procedure when the execution is rescheduled.

**D. Disposal**

All supplies and equipment used during an execution will be discarded or sanitized in accordance with established protocols.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]