**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00872-MPB-MJD |
| | ) | |
| RON NEAL in his official capacity as the Superintendent of Indiana State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendants, Ron Neal, the Warden of the Indiana State Prison, and Lloyd Arnold, the Commissioner of the Indiana Department of Correction, by counsel, respectfully submit the following lists of preliminary witnesses and exhibits in accordance with this Court's Order Setting Pretrial Schedule (ECF 75) and the case management plan (ECF 75):

## I. Preliminary List of Witnesses

a. Plaintiff, The Associated Press and its representative(s).

b. Plaintiff, States Newsroom d/b/a Indiana Capital Chronicle and its representative(s).

c. Plaintiff, USA Today Co., Inc. and its representative(s).

d. Plaintiff, Circle City Broadcasting I, LLC and its representative(s).

e. Plaintiff, Tegna Inc. and its representative(s).

f. Defendant, Indiana State Prison Warden Ron Neal.

g. Defendant, Commissioner of the Indiana Department of Correction Lloyd Arnold.

h. Each person disclosed by Plaintiff.

i. Any person necessary for identification, authentication, or admission of any document, exhibit, or thing.

j. Individuals listed or identified in any responses to discovery requests.

k. Any person necessary for impeachment or rebuttal

**II. Preliminary List of Exhibits**

a. Any affidavits or documents filed in this case.

b. Any pleadings filed in this case.

c. Any responses to discovery requests.

d. Transcript from the preliminary injunction hearing.

e. Transcripts of any depositions taken in this case.

f. All documents identified in the parties' initial disclosures.

g. Any documents needed for impeachment or rebuttal purposes.

h. All documents Plaintiffs identify in their exhibit lists.

i. Indiana Department of Correction, Indiana State Prison Facility Directive, ISP 06-26: Execution of Death Sentence, in possession of the Indiana Department of Correction.

j. Floor plans of the Indiana State Prison, in possession of the Indiana Department of Correction.

**RESERVATION OF RIGHTS**

Over a year and three months after filing their initial complaint, a little over a year and three months after the Court denied Plaintiffs' motion for a preliminary injunction, and 73 days after the Seventh Circuit affirmed the Court's denial of the motion for a preliminary injunction, Plaintiffs filed an amended complaint. ECF 78. Despite being 33 pages longer than the initial complaint, the amended complaint does not appear to change substantially the factual or legal contours of this case. Nevertheless, given Plaintiffs' recent filing, Defendants reserve all rights to amend their preliminary witnesses and exhibits list as additional information may arise during litigation or as justice so requires.

Respectfully submitted,

OFFICE OF THE INDIANA
ATTORNEY GENERAL TODD ROKITA
Attorney No. 18857-49

Date: August 20, 2026

By: */s/Jefferson S. Garn*

Jefferson S. Garn
Deputy Attorney General
Attorney No. 29921-49
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-5933 Fax: (317) 232-7979
Email: Jefferson.Garn@atg.in.gov